**Matthew B. Crane** (UTB# 13909)
FORD & CRANE PLLC
6605 S. Redwood Road, Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SWEETPEA PROPERTIES, L.L.C., A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　　Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-CV-455-JNP-FBP<br><br>Judge Jill N. Parrish |

\#

Plaintiff, Linda Suda and Defendant, Sweetpea Properties, L.L.C. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and jointly move the Court for an order dismissing this action, with prejudice.  The Parties have resolved their dispute and agree that this matter should be dismissed.  A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

1

STIPULATED the 18th day of September, 2019.

                                      FORD & CRANE PLLC


                                      /s/ Matthew B. Crane
                                      Matthew B. Crane
                                      *Attorney for Plaintiff*


STIPULATED the 18th day of September, 2019.

                                      HASTINGS LAW GROUP, LLC.


                                      /s/ Brett W. Hastings
                                      Brett W. Hastings
                                      *Attorneys for Sweetpea Properties, L.L.C.*
                                      (Signed with permission)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 18th day of September, 2019, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane