## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>       Plaintiff,<br>vs.<br><br>SWEETPEA PROPERTIES, LLC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>       Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-CV-455-JNP-DBP<br><br>District Judge Jill N. Parrish |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by the parties on September 18, 2019. Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed, with prejudice.

Signed September 19, 2019

BY THE COURT:

_____

Jill N. Parrish

United States District Court Judge

1